UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS BETTS III, | ) |
|       Plaintiff | ) |
| vs. | ) Case No: 05-cv-4146-JPG |
| JAMIE WILLIAM ELLERMEYER, MIKE PLUMLEE, TIM RUSSELL, KEITH KELLERMAN, and JOHN GRIFFITH, | ) |
|       Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

Dated: October 2, 2008          s/Brenda K. Lowe, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**